IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ZAVIEN CANADA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:15-cv-00191 |
| | ) | |
| CHRISTOPHER ZYCH, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Respondent. | ) | |

**ORDER**

In accordance with the accompanying memorandum opinion, it is hereby ORDERED that this action, brought as a petition for a writ of habeas corpus under 28 U.S.C. § 2241, is DISMISSED without prejudice, and this action is stricken from the active docket of the court.

Entered: June 30, 2015.

*Elizabeth K. Dillon*
United States District Judge